IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JERRY SHORT, | ) |
| Plaintiff, | ) |
| v. | ) 2:07CV155 RM |
| NELSON, WATSON & ASSOCIATES, LLC, | ) JURY DEMANDED |
| Defendant. | ) |

## COMPLAINT

### INTRODUCTION

1. Plaintiff Jerry Short brings this action to secure redress against unlawful credit and collection practices engaged in by defendant Nelson, Watson & Associates, LLC. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA"). The FDCPA broadly prohibits unfair or unconscionable collection methods; conduct which harasses, oppresses or abuses any debtor; and any false, deceptive or misleading statements, in connection with the collection of a debt; it also requires debt collectors to give debtors certain information. 15 U.S.C. §§1692d, 1692e, 1692f and 1692g.

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k (FDCPA).

3. Venue and personal jurisdiction over defendant in this District is proper because defendant's collection communications were received here.

### PARTIES

4. Plaintiff Jerry Short is an individual who resides in Hammond, Indiana.

5. Defendant Nelson, Watson & Associates, LLC is a limited liability company with offices at 80 Merrimack Street, lower level, Haverhill, MA 01830.

6. Defendant Nelson, Watson & Associates, LLC is engaged in the business

1

of a collection agency.

7. Defendant Nelson, Watson & Associates, LLC is not a law firm.

8. Defendant Nelson, Watson & Associates, LLC is a "debt collector" as defined in the FDCPA.

## FACTS

9. On or about January 9, 2007, defendant Nelson, Watson & Associates, LLC, sent plaintiff the collection letter attached as <u>Exhibit A</u>, seeking to collect a credit card debt allegedly incurred for personal, family or household purposes.

10. <u>Exhibit A</u> represents that the alleged debt consists of $3,019.18 "principal," $254.59 "interest," and $452.88 "fees" and and that the total balance is $3,726.65.

11. In truth and in fact, the $3,019.18 "principal" includes a large amount of unpaid interest.

12. Representing that the debt consists of $3,019.18 "principal" and $254.59 "interest" is false.

13. Misstating the proportion of the debt that consists of principal and interest is material.

14. Courts are more willing to enforce principal than interest. <u>Discover Bank v. Owens</u>, 2003 CVF 20195, 129 Ohio Misc. 2d 71, 2004 Ohio 7333; 2004 Ohio Misc. LEXIS 712 (Ohio Mun. Sept. 9, 2004).

15. Creditors and purchasers of debts are required under the Internal Revenue Code and regulations to have accurate information concerning the composition of their debts. <u>Debt Buyers' Ass'n v. Snow</u>, 06-101, 2006 U.S. Dist. LEXIS 6527 (D.D.C., Jan. 30, 2006).

16. The importance of having an accurate breakdown of principal and interest on a debt for tax purposes is emphasized in ACA International's Guide to 1099-C Reporting, p.36:

Example 13 – Interest

    Facts:    A debtor owes a credit card company a debt of $5600. Of that amount, $1600 is interest. The creditor does not attempt any collection efforts during the 36-month testing period.

    Results:    The creditor would be required to file a Form 1099-C in the amount of $4000. Interest is not required to be reported. However, if the creditor does decide to report interest, the interest must be reported separately from the principal amount of the debt. The 1099-C Form provides a separate box for the reporting of interest.

If a debt purchaser is unable to determine the breakdown of purchased debt into principal and interest, it should use its best efforts to try and obtain this information so it can determine the amount of interest and principal that has been discharged. If, however, the debt purchaser is unable to obtain this information, the debt purchaser should report using the best available information. When attempting to determine what portion of a credit card debt is principal and what portion of a credit card debt is interest, special consideration should be paid to the terms of the underlying agreement between the creditor grantor and the debtor.

ACA International was formerly known as the American Collector's Association.

17. On information and belief, Nelson Watson & Associates, LLC is a member of ACA International.

## **VIOLATIONS ALLEGED**

18. Each of the nondisclosures and misstatements described above violate the FDCPA as constituting a "false, deceptive, or misleading representation or means in connection with the collection of any debt" (§1692e), a false representation of the "character" of any debt (§1692e(2)(A)), and "use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer" (§1692e(10)).

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and against defendant for:

    a.    Statutory damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    Such other or further relief as the Court deems proper.

*/s/ Daniel A. Edelman*
Daniel A. Edelman

Daniel A. Edelman
Michelle R. Teggelaar
EDELMAN, COMBS, LATTURNER
        & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

### JURY DEMAND

Plaintiff demands trial by jury.

*/s/ Daniel A. Edelman*
Daniel A. Edelman

T:\18911\Complaint_.BK!

4

# EXHIBIT A

**Nelson, Watson & Associates, LLC**

PO Box 1299
Haverhill MA 01831
RETURN SERVICE REQUESTED

80 Merrimack Street Lower Level
Haverhill, MA 01830
Phone: (800) 388-1190 • Fax:(978) 469-9046

January 9, 2007

Creditor: RBSNB
Acct #: ~~Redacted~~
Balance Due: $3726.65

RBSC14304 - A20 - 001578
Jerry Short
~~Redacted~~

Nelson, Watson & Associates, LLC
PO Box 1299
Haverhill MA 01831-1799

~~Redacted~~

*** Detach Upper Portion and Return with Payment ***

NWAA2002TY54E6B585

Creditor: RBSNB
Acct No.: ~~Redacted~~

Principal: $3019.18
Interest: $254.59
Fees: $452.88
Total Balance: $3726.65

The above referenced account has been placed with this office for collection. Remittance of the payment in full is hereby requested.

For your security, please make all payments payable to Nelson, Watson & Associates.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Please call Monday through Thursday 8am to 9pm EST, Friday 8am to 5pm EST, or Saturday 8am to 12pm EST.

**This communication is from a debt collector. This is an attempt to collect a debt. All information obtained will be used for that purpose.**

The People's Bank credit card is issued by Citizens Bank of Rhode Island, Providence, RI, an affiliate of The Royal Bank of Scotland Group.

Sincerely,
Consumer Services Department

~~Redacted~~